# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC POWELL,<br><br>Defendant. | CASE NO. **1:23CR 024**<br><br>JUDGE **J. COLE**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a)<br>18 U.S.C. § 924(a)(1)(D)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

Beginning on or about April 14, 2022, and continuing through July 7, 2022, as a continuing course of conduct, in the Southern District of Ohio, the defendant, **ERIC POWELL**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to wit did sell the following on the dates listed:

| Date | Manufacturer | Model | Caliber | Serial Number | Rounds of Ammunition |
|---|---|---|---|---|---|
| 04/14/22 | Diamondback Arms Inc. | DB-15 | .350 Legend | DB1565228 | 139 rounds of .350 Legend |
| 04/27/22 | Taurus | "The Judge" | .410/.45 | ADB921005 | |
| | Anderson Manufacturing | AM-15 | .223/5.56 | 21405454 | |
| | Tokarev Arms Bullpup (SG) | TBP 12 | 12g | 52-H22YB-002064 | |

1

| Date | Manufacturer | Model | Caliber | Serial Number | Rounds of Ammunition |
|------|--------------|-------|---------|---------------|----------------------|
| 05/12/22 | Ruger | SR9 | 9mm | 331-04011 | 16 rounds of 9mm Blazer (CCI) |
| | Sig Sauer | P290RS | 9mm | 26C015081 | |
| | Sig Sauer | P320 | 9mm | 58J212864 | |
| | Taurus | "The Judge" | .45 colt | KS266380 | |
| 07/07/22 | Ruger | PC Charger | 9mm | 91337173 | |

**In violation of 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), 923(a) and 2.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **ERIC POWELL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

- Diamondback Arms Inc. AR style Rifle, .350 Legend Caliber, serial number DB1565228, with any attachments and approximately 139 rounds of .350 Legend ammunition;

- Taurus Revolver, "The Judge" model, .410 / 45 caliber, serial number ADB921005, with any attachments and ammunition;

- Anderson Manufacturing Rifle, AM-15 model, .223 / 5.56 caliber, serial number 21405454, with any attachments and ammunition;

- Tokarev Arms Bullpup Shotgun, Model TBP 12, 12 gauge caliber, serial number 52-H22YB-002064, with any attachments and ammunition;

- Ruger Handgun, Model SR9, 9mm, serial number 331-04011, with any attachments and approximately 16 rounds of 9mm Blazer (CCI) brand

ammunition;

- Sig Sauer Handgun, Model P290RS, 9mm, serial number 26C015081, with any attachments and ammunition;

- Sig Sauer Handgun, Model P320, 9mm, serial number 58J212864, with any attachments and ammunition;

- Taurus Revolver, "The Judge" model, .45 colt caliber, serial number KS266380, with any attachments and ammunition and;

- Ruger, PC Charger model, 9mm, serial number 91337173, with any attachments and ammunition.

**A TRUE BILL.**

/S/
_____
**GRAND JURY FOREPERSON**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**ANTHONY SPRINGER**
**ASSISTANT U.S. ATTORNEY**

3